ZIN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALBUQUERQUE FACILITY, LLC,
a California limited liability company,

        Plaintiff,

v.

                                      1:15-cv-01033-MCA-LF

CORBAN ABQ. V, LLC,
a Virginia limited liability company,
CORBAN FINANCIAL GROUP, LLC,
a Virginia limited liability company,
CORBAN CAPITAL PARTNERS,
a division of Corban Financial Group, and
CORBAN CAPITAL II,
a Virginia limited liability company,

        Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

        The magistrate judge filed her Proposed Findings and Recommended Disposition on April 10, 2017. Doc. 95. The magistrate judge recommended dismissal because no attorneys have entered an appearance on behalf of the corporate entities. *Id*. The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. *Id.* at 2. To date, no attorneys have entered an appearance on behalf of the parties. The parties also have not filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered.

        IT IS THEREFORE ORDERED that the magistrate judge's Proposed Findings and Recommended Disposition (Doc. 95) are ADOPTED, and this case is dismissed without prejudice.

                                      _____
                                      UNITED STATES DISTRICT JUDGE